ANNA VEGAS v. NERSES BEDROSIAN. HERMAN VEGAS v. NERSES BEDROSIAN.

— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.